UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATALIE CAVIN, an individual,<br><br>                      Plaintiff,<br><br>   v.<br><br>VALIANT GLOBAL DEFENSE SERVICES, INC., a Delaware corporation, formerly known as CUBIC GLOBAL DEFENSE, INC.,<br><br>                      Defendant. | NO.   3:20-cv-05132<br>(Superior Court of the State of Washington County of Pierce No. 20-2-04716-9)<br><br>NOTICE OF REMOVAL OF ACTION FROM STATE COURT |

TO: The United States District Court for the Western District of Washington at Tacoma

PLEASE TAKE NOTICE THAT, pursuant to 28 U. S. C. § 1441(a), Defendant hereby removes this action from the Superior Court of the State of Washington, County of Pierce, to the United States District Court for the Western District of Washington at Tacoma on the grounds set forth below:

1. On February 5, 2020, plaintiff filed the above-captioned action against Defendant in

NOTICE OF REMOVAL - 1

1. the Superior Court of the State of Washington, County of Pierce. Subsequently, defendant was served with a copy of the Summons, Order Assigning Case to Judicial Department and Setting Review Hearing Date, and the Complaint for Damages on February 10, 2020, which are attached hereto as Exhibit A.

2. This Notice is being filed within 30 days of defendants' initial receipt of plaintiff's Complaint, and thus is timely filed pursuant to 28 U. S. C. § 1446(b).

3. Pursuant to 28 U. S. C. § 1446(b)(2)(A), the defendant consents to the removal of this case to the United States District Court.

4. Removal to the United States District Court for the Western District of Washington at Tacoma is proper pursuant to 28 U. S. C. § 128(b) and LCR 3(d) because it is the judicial district embracing Pierce County, which is the place where this action is pending and defendant does business, and because the events alleged to have given rise to the claims occurred in Pierce County.

5. This is a civil action alleging deprivation of the plaintiff's federal rights in violation of the Americans with Disabilities Act, 42 U. S. C. § 12101 *et seq.,* the Family and Medical Leave Act, 29 U. S. C. § 2601, *et seq.,* the Rehabilitation Act of 1973, 29 U. S. C. § 701 *et seq.*, and Title VII of the Civil Rights Act, 42 U. S. C. § 2000e *et seq.*

6. Removal of this action is proper under 28 U.S.C. § 1441(a), which provides as follows:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action

NOTICE OF REMOVAL - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

is pending.

7. This Court has original jurisdiction pursuant to 28 U. S. C. §§ 1331 and 1332 because this action includes claims arising under the laws of the United States.

8. Pursuant to 28 U. S. C. § 1331, this Court "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Because this Court has original jurisdiction over plaintiff's claims, this action is removable pursuant to 28 U. S. C. § 1441(a).

9. Plaintiff has also asserted state law claims under the Washington Law Against Discrimination, RCW 49.60 *et seq*. Defendant requests that all claims be removed from the Superior Court of the State of Washington, County of Pierce, and that this Court exercise supplemental jurisdiction over these claims pursuant to 28 U. S. C. §§ 1367(a) and 1441(c).

10. The defendant will promptly file a copy of this Notice in the Superior Court of the State of Washington, County of Pierce, and will serve a copy of same on the plaintiff in accordance with 28 U. S. C. 1446(d).

WHEREFORE, the defendant gives notice that the above-captioned action commenced against it in the Superior Court of the State of Washington, County of Pierce, has been removed to this Court.

DATED this 14th day of February, 2020.

NOTICE OF REMOVAL - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

CHRISTIE LAW GROUP, PLLC

By   */s/ Thomas P. Miller*
THOMAS P. MILLER, WSBA #34473
Attorneys for Defendant
2100 Westlake Ave. N., Suite 206
Seattle, WA 98109
Telephone: 206-957-9669
Fax: 206-352-7875
Email: bob@christielawgroup.com
tom@christielawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David C. Martin, WSBA #38325
MBE Law Group, PLLC
1001 Fourth Ave., Suite 3200
Seattle, WA  98154
Email:  dmartin@mbelg.com
Attorney for Plaintiff

CHRISTIE LAW GROUP, PLLC

By  */s/ Thomas P. Miller*
   THOMAS P. MILLER, WSBA #34473
   Attorney for Defendant
   2100 Westlake Avenue N., Suite 206
   Seattle, WA  98109
   Telephone:  206-957-9669
   Email:  tom@christielawgroup.com